IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| KAMAR THOMPSON | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of |
| | : | ammunition by a felon – 1 count)<br>18 U.S.C. § 922(g)(1) (possession of a |
| | : | firearm by a felon – 1 count)<br>Notice of forfeiture |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 28, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KAMAR THOMPSON,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, six live rounds of Remington .45 caliber ammunition, and the ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 28, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KAMAR THOMPSON,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Model 39, .45 caliber G.A.P. semi-automatic pistol, bearing serial number HCM237, loaded with 11 live rounds of .45 caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

### KAMAR THOMPSON

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violations, including, but not limited to:

1.    a Glock Model 39, .45 caliber G.A.P. semi-automatic pistol, bearing serial number HCM237; and

2.    seventeen live rounds of .45 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

3

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

KAMAR THOMPSON

INDICTMENT

Counts
18 U.S.C. § 922(g)(1) (possession of ammunition by a felon - 1 count)
18 U.S.C. $ 922(g)(1) (possession of a firearm by a felon - 1 count)
Notice of forfeiture

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____